# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA
V.
JEAN LINDOR

FILED by _____ D.C.
JUN 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## WARRANT FOR ARREST

CASE NUMBER: 00-6168

CR-FERGUSON

TO: **The United States Marshal**
    **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___JEAN LINDOR___

Name MAGISTRATE JUDGE SNOW

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

| X | Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition |

**charging him or her with** (brief description of offense) CONSPIRACY, BANK FRAUD, FALSE LOAN STATEMENTS AND FALSE STATEMENTS TO HUD

in violation of Title __18__ United States Code, Section(s) __371,1344,1014,1010 AND 2__

Clarence Maddox
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

Date and Location

[signature] Lurana S. Snow

Bail fixed at $ _100,000 personal surety_ by **UNITED STATES MAGISTRATE JUDGE**
Defendant not to be
incarcerated overnight.
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest