# United States District Court

SOUTHERN            DISTRICT OF            FLORIDA

UNITED STATES OF AMERICA
V.
JEAN LINDOR

## AMENDED WARRANT FOR ARREST

**CASE NUMBER: 00-6168-CR-FERGUSON**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JEAN LINDOR___

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment |  | Information |  | Complaint |  | Order of court |  | Violation Notice |  | Probation Violation Petition

charging him or her with (brief description of offense) **CONSPIRACY, BANK FRAUD, FALSE LOAN STATEMENTS AND FALSE STATEMENTS TO HUD**

in violation of Title __18__ United States Code, Section(s) __371,1344,1014,1010 AND 2__

FILED by _____ D.C.
JUN 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

Signature of Issuing Officer

6-23-00  FTL
Date and Location

Bail fixed at $ _Pretrial Detention Requested_

Lurana S. Snow
by **UNITED STATES MAGISTRATE JUDGE**
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ___JEAN LINDOR_____

ALIAS:_____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH:_____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: ___FBI___16320 N. MIAMI BEACH, FLORIDA 33169_____
_____