AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Kaplan/SA Carboneau, FBI

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

JEAN LINDOR

## WARRANT FOR ARREST

**CASE NUMBER: 00-6168-Cr-WDF(s)**

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___ JEAN LINDOR ___

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) Conspiracy to Commit Bank Fraud, False Loan Statements and False Statements to HUD

in violation of Title 18 United States Code, Sections 371 and 1010

CLARENCE MADDOX                                    COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                            Title of Issuing Officer

Signature of Issuing Officer                       FORT LAUDERDALE, FL
                                                   Date and Location

                                                   UNITED STATES MAGISTRATE JUDGE
Bail fixed at $ _____        by ___ BARRY S. SELTZER ___
                                                   Name of Judicial Officer

| RETURN ||||
|---|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ ||||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER | |
| DATE OF ARREST | | | |
| | | | |