

FILED by _____ D.C.

JUN 17 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
      Plaintiff,

Vs.                  Case No. 00-6168-CR-FERGUSON

JEAN LINDOR
      Defendant.
_____/

## MINUTE ORDER OF TRANSFER

The above-styled case is transferred to the Clerk's suspended file until such

time the defendant, JEAN LINDOR is apprehended.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this _____17th_____ day of

June 2002.

_____
      WILKIE D. FERGUSON, JR.,
      UNITED STATES DISTRICT JUDGE

Jeffrey Kaplan, AUSA
U.S. Marshal