

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADMINISTRATIVE ORDER 2003-33

**IN RE:**

**REASSIGNMENT OF DISTRICT JUDGE**
**WILKIE D. FERGUSON, JR.'S CASES**

_____/

Due to Judge Wilkie D. Ferguson, Jr.'s current medical

incapacitation, and pursuant to Sections 2.07.00 and 3.03.00 of the

Court Policy Manual, it is herein

**ORDERED** that the following civil cases will be transferred to

the Honorable Daniel T.K. Hurley forthwith:

| | |
|---|---|
| 0:01CV6616 | Shotz, et al. v. Avmed Health |
| 0:02CV60031 | Hansen v. Griffin |
| 0:02CV60552 | Watts, et al. v. Dept. of Corrections |
| 0:02CV60857 | Mendez v. United States |
| 0:02CV61089 | Alliance for ADA, et al. v. JLGM, Inc. |
| 0:02CV61387 | Marmarine v. M/V Fishy Biznes II |
| 0:02CV61549 | Strategic Performance v. Health Grades, Inc. |
| 0:02CV61652 | Hartford Fire Ins. v. Techmarine Lines |
| 0:03CV60100 | United States v. 1988 Checo LET 410 |
| 0:03CV60255 | Gallant v. Minnesota Mining |
| 0:03CV60819 | Hudson United Bank v. M/Y Dauntless |
| 1:94CV0646 | Brent v. United States |
| 1:03CV20244 | Smith v. United States |
| 9:00CV9106 | Quiros v. Gtech Holdings |
| 9:02CV80057 | Nocera v. Forman |
| 9:02CV80974 | Musinsky v. US Postal Services |
| 9:02cv80607 | Underwriters Lloyd's et al. V Nicon Services, Inc. |

It is further **ORDERED** that the following criminal cases will

be likewise transferred to Judge Hurley forthwith:

| | |
|---|---|
| 0:00CR06099 | United States v. Capellan |
| 0:00CR06168 | United States v. Cohen |
| 0:02CR60182 | United States v. Elmore |
| 0:02CR60213 | United States v. Wojcik |



```
0:03CR60080      United States v. Selogy
0:03CR60092      United States v. Praolini
1:96CR00882      United States v. Gutierrez
1:97CR00417      United States v. Gutierrez
```

Magistrate Judge Lurana S. Snow shall effect the transfer of those cases that are currently referred to her by certifying that all pending fully briefed motions have been resolved and ordering that the Clerk transfer the cases to either Chief Magistrate Judge Ann E. Vitunac or Magistrate Judge Frank J. Lynch, Jr., who are paired with Judge Hurley. Those cases which are not referred may be administratively transferred to the new Magistrate Judge by the Clerk upon the direction of Magistrate Judge Snow. The Clerk shall promptly execute the transfers to the new Magistrate Judge, and upon doing so shall immediately change the case's magistrate judge designation to Chief Magistrate Judge Vitunac or Magistrate Judge Lynch.

The Clerk's Office is directed to ensure that counsel of record in all transferred cases is noticed of the transfer via the Court's Faxback program.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of May, 2003.

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE

c.   Judge Daniel T. K. Hurley
     Chief Magistrate Judge Ann E. Vitunac
     Magistrate Judge Frank J. Lynch, Jr.
     Magistrate Judge Lurana S. Snow
     Clarence Maddox, Court Administrator • Clerk of Court
     All Counsel of Record