IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6168-CR-Hurley

UNITED STATES OF AMERICA

       Plaintiff,

VS.

JEAN LINDOR,

       Defendant.
_____

**NOTICE OF APPEARANCE**

Please take notice that on December 18, 2006 Marc David Seitles enters his permanent appearance as counsel on behalf of Jean Lindor for trial and/or plea and sentencing purposes only. The clerk of this court is requested to send copies of all court notices pertaining to this cause to undersigned counsel.

       Respectfully submitted,

       /S/ Marc David Seitles
       _____
       Marc David Seitles
       Fla. Bar No. 0178284

       The Law Offices of Marc David Seitles, P.A.
       Alfred I. duPont Building
       169 East Flagler Street, Suite 1200
       Miami, FL 33131
       Tel: (305) 379-6667
       Fax: (305) 379-6668
       mseitles@seitleslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2006, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to: Jeffrey Kaplan, Assistant United States Attorney Southern District of Florida.

/S/ Marc David Seitles
_____
Marc David Seitles, Esq.