# COURT MINUTES

FILED by ___ D.C.
DEC 20 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

UNITED STATES MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 12/20/2006   TIME: 10:00 AM

DEFT. JEAN LINDOR ✓(SURR)                CASE NO. 00-6168-Cr-Hurley/Vitunac(s)

PRISONER# _____                LANGUAGE   ENGLISH

AUSA. JEFFREY KAPLAN ✓                    ATTY. MARK Seiyies Retained

AGENT. FBI                                VIOL. 18:371

PROCEEDING   INITIAL HEARING              BOND. $100,000 PSB RECOMMENDED
                                          to be co-sign by wife & brother

DISPOSITION  Initial & Bond held

Deft present w/counsel - sworn/ttst
S/Indictment read to deft & advised of his rights
Defense proffers Evidence
Continuation of Bond & Arraignment set for
12-21-06 @ 10 AM before Judge Vitunac

DATE: 12-20-06                            TAPE: AEV 06-98-1345/2870