# COURT MINUTES

FILED by ___ D.C.
DEC 21 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 12/21/2006   TIME: 11:00 AM

DEFT. JEAN LINDOR ✓ (J)   CASE NO. 00-6168-Cr-Hurley/Vitunac(s)

PRISONER# _____   LANGUAGE ENGLISH

AUSA. JEFFREY KAPLAN   ATTY. MARK SEITLES (RETAINED) ✓

AGENT. FBI   VIOL. 18:371

PROCEEDING CONTINUATION OF BOND HEARING & ARRAIGNMENT   BOND. $100,000 PSB w/Nebbia RECOMMENDED

DISPOSITION Bond & Arraignment held

Deft present with counsel & proffers evidence

Gov't present arguments

Court orders Gov't to investigate all of deft's properties that they were bought legally

Court orders defense to meet Nebbia requirements

Defense proffers evidence - Court finds nebbia has not been met. Further hearing to be held. Defense counsel to call clerk when he's ready.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

S/Indictment read to deft & pleads not guilty, signed & distributed

Status/Discovery Conf. set for 1-22-07 @ 10 AM before Judge Johnson

DATE: 12-21-06   TAPE: AEV 06-100-60