UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:00-6168-Cr-Hurley/Vitunac(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEAN LINDOR,

    Defendant.
_____/

FILED by ___ D.C.
DEC 21 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on DECEMBER 21, 2006, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**   Address:   IN CUSTODY

    Prisoner#

    Language   ENGLISH

    Telephone no.:

**DEFENSE COUNSEL:**   Name:   MARC D. SEITLES

    Address:   169 E. FLAGLER STREET, SUITE 1200

    MIAMI, FLORIDA 33131

    Telephone no.: (305) 379-6667

BOND/SET//////////: $ 100,000 PS W/NEBBIA

BOND//// hrg held: YES  X   NO___  NEBBIA hrg set for TO BE HELD

Dated this  21  day of  DECEMBER , 2006.

CLARENCE MADDOX, CLERK OF COURT

By: /s/ _____
    Deputy Clerk

c:  Courtroom Deputy, District Judge
    United States Attorney
    Defense Counsel
    United States Pretrial Service