UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JEAN LINDOR,
    Defendant.
_____/

## ORDER SETTING TRIAL

**THIS CAUSE** come before the court *sua sponte*. It is

**ORDERED** and **ADJUDGED** as follows:

1. The trial proceedings in the above caption case have been set on the court's trial calendar commencing **February 5, 2007.**

2. A calendar call will be conducted on **Friday, January 26, 2007, at 2:00 p.m.**, in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida. Counsel should contact the courtroom deputy, (561/803-3450), at least **48 hours** prior to the calendar call, or monitor the court's unofficial web site at http://us.geocities.com/uscts for any unexpected changes.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 28th day of December, 2006.

**copy furnished:**
AUSA Jeffrey Kaplan
Marc D. Seitles, Esq.

Daniel T. K. Hurley
United States District Judge