UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEAN LINDOR

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S ORE TENUS MOTION TO RECONSIDER BOND**

THIS CAUSE came before the Court upon defendant Jean Lindor's ore tenus motion to reconsider bond. Defendant requested a $100,000 Personal Surety Bond to be co-signed by his wife and another person. The Government informed the Court that there is no evidence to suggest that the defendant is a risk of flight or a danger to the community.

Upon consideration of defendant's unopposed motion and finding that good cause exists for the request, it is hereby

**ORDERED AND ADJUDGED** that defendant's motion is GRANTED. Accordingly, the defendant SHALL BE released on a $100,000 Personal Surety Bond to be co-signed by Evelyn Lindor and Jean Michel Cerenord. The defendant shall comply with the following conditions of bond:

1. Report to pretrial services as directed and comply with all standard bond conditions.
2. Surrender passport to pretrial services.
3. Submit to pretrial services any new financing or refinancing of properties that he owns.
4. Ensure that he only has one homestead exemption.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _10_ day of January, 2007.

                                                        Daniel T.K. Hurley
                                                      United States District Judge

cc: Marc David Seitles
    Jeffrey Kaplan, AUSA
    United States Marshall Service