# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

================================================

Case No. **00-6168-CR**  Date **January 9, 2007**

Courtroom Deputy: James E. Caldwell    Court reporter: Pauline Stipes

Language Spoken: **English**    Defendant's Status: (Pretrial Detained / ~~Bond~~)

start: 3:20 p.m.    end: 4:10 p.m.

UNITED STATES OF AMERICA v. **Jean Lindor**

AUSA: **Jeffrey Kaplan**    DEFENSE COUNSEL: **Marc D. Seitles**

TYPE OF HEARING: **Change of plea from not guilty to guilty as to Count 1 of the Superseding Indictment.**

RESULTS OF HEARING: **After an inquiry, the plea of guilty was accepted.**

Misc.: **Sentencing date to be set by separate notice.**