UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JEAN LINDOR,
    Defendant.

------------------------------------------/

### NOTICE SETTING SENTENCING HEARING

**TAKE NOTICE** that, by order of United States District Judge Daniel T. K. Hurley, the sentencing hearing in the above captioned case has been set for **Friday, March 16, 2007, at 8:30 a.m.**, at the U. S. Courthouse, Courtroom No. 5, 701 Clematis Street, West Palm Beach, Florida.

**DATED THIS** 9th day of January, 2007.

*[signature]*
James E. Caldwell, Sr.
Courtroom Deputy

**copy furnished:**
AUSA Jeffrey Kaplan
Marc D. Seitles, Esq.
United States Probation Office
United States Marshal's Service