PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT



## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | |
|---|---|
| **TO:** United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM:** David Farinacci<br>505 S. 2nd Street, Suite 320<br>Ft. Pierce FL 34950 |

☒ **Original Notice**              ☐ **Notice of Disposition**

**Date:** January 24, 2007          **Date:**

**BY:** David J. Farinacci          **BY:**

---

**Defendant:** Lindor , Jean              **Case Number:** 113C 0:00CR06168-003

**Date of Birth:** 7/19/1962              **Place of Birth:** Haiti

**SSN:** 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

---

**NOTICE OF COURT ORDER** (Order Date: 12/21/2006 )

☒ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action

☐ The above-named defendant surrendered Passport Number _____ to the custody of the U.S. District Court on _____ .

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

☐ Defendant not convicted — Document returned to defendant.

☐ Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted — Document and copy of Judgment enclosed.

---

Distribution:
Original to Case File
Department of State
Defendant (or representative)
Clerk of Court