UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEAN LINDOR,

    Defendant.

_____/

**NOTICE OF FILING OF LETTER OF SUPPORT FOR JEAN LINDOR**

    Jean Lindor, through counsel, hereby files this Notice of Filing of Letters of Support for Jean Lindor. The letters of support demonstrate that Mr. Lindor financially assists impoverished children in Haiti, pays for the education of a university student whose father was murdered by the Haitian military, financially and emotionally supports the children of a Haitian orphanage, and always provides a helping hand to friends in need.

    Respectfully submitted,

    /s/ Marc David Seitles
    _____
    Marc David Seitles
    Fla. Bar No. 0178284

    The Law Offices of Marc David Seitles, P.A.
    Alfred I. duPont Building
    169 East Flagler Street, Suite 1200
    Miami, FL 33131
    Tel: (305) 379-6667
    Fax: (305) 379-6668
    Email: mseitles@seitleslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by fax this 8th day of March, 2007 to: Jeffrey, Assistant United States Attorney, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33301 and Sheila Tierney, United States Probation Officer, 501 S. Flagler Drive, Suite 400, West Palm Beach, FL 33401.

/s/ Marc David Seitles
_____
Marc David Seitles, Esq