March 1, 2007

United States Court House
Judge Daniel T. K. Hurley
701 Clematis Street
West Palm Beach, Fl 33401

Jean Nelzi
777 Northwest 155th Lane
Miami, Fl 33169

To the honorable Judge Daniel T. K. Hurley:

It has been a pleasure to have known my friend Jean Lindor for a number of years. Approximately seven years ago I was on the verge of an instant divorce from my soul mate (my wife). As a former colleague of mine, I found him to be a great source of positive energy in my time of need.

Because of the encouraging words of my true friend; I was able to get through my personal turmoil victoriously being Jean was there to actively listen to me. On numerous occasions, Jean would lend an ear and uncompromisingly respond; allowing me to focus on the brighter side of the situation through his melodic words. Jean would lend a helping hand to assist me with tasks while being good company with no expectation of simple thanks. Jean is magnanimous, empathetic, and one whom without a doubt anyone would consider dependable.

To cut a long story short, I highly consider Jean to be a notable man of good character. In fact, my forever soul mate (my wife) and I, regard him as our knight in shining armor who has unselfishly given of himself to mend the life of others.

If you have any questions, please do not hesitate to contact me.

(786) 356 1184

Sincerely,

Jean Nelzi

I undersigned, Jacques Vieux, teacher at College Cando-Haïtien, Turgeau, and at Lycée Marie-Jeanne, Lavaud I, Port-Au-Prince, Haïti, from now on I am the Vice-president of the Organisation of teacher United for progress (OPUP) recognized by the legal authority, declar by this present, Mr. Jean Lindor, during his stay in Haïti was a honest citizen, helps poor children in the area of Delmas.

According to that document, I hereby, deliver him this attestation for helping in any favorable circonstances.

_Sign here_
Jacques Vieux, profesor

February 26, 2007

United States Court House
Judge Daniel T. K. Hurley
701 Clematis Street
West Palm Beach, Fl 33401

Lenfant D'espoir Orphanage
Delmas 33 Rue Peniele #3
Port-Au-Prince., Haiti
509- 486- 7243 (Telephone)

To the honorable Judge Daniel T. K. Hurley:

L'enfant D'espoir Orphanage would like to express to the U.S. Court House and the Honorable Judge T. K. Hurley the act of kindness shown by Jean Lindor. He has proved to be a man with a big heart. His generosity has benefited the "Lenfant D'espoir Orphanage" several years through giving.

Due to poverty and lack of opportunities in Haiti, children have been left behind to fend for themselves. Lenfant D'espoir serves many of those individuals with love and nurturing through the patronage of another. For the past ten (10) years, Mr. Lindor has supported with monthly funds. His token of love has caused so many lives to escape crucial circumstances such as homelessness to delinquencies caused by unforeseen measures of abandonment. The characteristics of Mr. Lindor are parallel to the guidance and instruction provided at the facility, where many are taught to give of themselves in a manner to make a difference. Despite how bad things may seem; deep down inside of everyone there is an array of warmth waiting to burst with compassion, devotion and generosity as Mr. Lindor. His support allows Lenfant D'espoir to remain faithful to the orphans of Haiti.

In addition to the significance of Mr. Lindor among the orphans, the staff here has a high regard for this man. His generosity has and continues to help feed the hungry, quench thirsts, and clothe the naked. We Love Jean Lindor!

Sincerely,

*M Penina. Lindor*
M Penina. Lindor

Natacha Boniface
Cel: 809-929-9208
E-mail: techniface@yahoo.fr

**Judge Daniel T. K. Hurley**
United States Courthouse
701 Clementis Street
West Palm Beach Fl 33401

February 5, 2007

Honorable Judge,

My name is Natacha Boniface; I am studying Telematic Engineering (Telecommunication & Computer Science) at the University of PUCMM (Pontificia Universidad Catolica Madre y Maestra) which address is Abraham Lincoln Avenue & Romulo Betancourt Apt 2748, Santo Domingo, Dominican Republic.

I want to take this opportunity to explain you the following:
On July 17, 1997 my father was killed by the government in Haiti. After that, I was introduced by Jose Napoleon, who was in charge of the mission Baptist church to Mr. Jean Lindor. I told the history of my father's death to Mr. Jean Lindor and he kindly agreed to help me, cover the expenses on my secondary education and living. Due his financial support I have completed 2 years of the University education so far. I would like to let the Honorable Judge Hurley know that before beginning my new semester in the University I was informed by Mr. Lindor in January 24, 2007 that he would not be able to support me after March 16, 2007 because of the legal obligation.

Honorable Judge Hurley, my graduation from the University will be in two years which guarantees my future employment and possibility to survive my own, however, without Mr. Lindor's support I will not be able to complete my studies, because I will remain without possibility to pay the University and to reach my dream to be a professional with a decent future, in that case, I will face unemployment and I will be drifted around.

Honorable Judge Hurley, I have told you this story of my life because my future has happened to be in your hands, which you help to improve the people's life. Then, for the God's sake and the risk of my future, I beg you to take Mr. Lindor's case into good consideration, so his good aid can keep on living.

Yours faithfully,

*Boniface Natacha*

**Natacha Boniface**
Cel: 809-929-9208
E-mail: techniface@yahoo.fr

**Judge Daniel T. K. Hurley**
United States Courthouse
701 Clementis Street
West Palm Beach Fl 33401

Febrero 5, 2007

Honorable Señor Juez,

Mi nombre es Natacha Boniface; soy estudiante de 2º año de Ingeniería Telemática en la Pontificia Universidad Católica Madre y Maestra (PUCMM), la cual está ubicada en la Avenida Abraham Lincoln & Rómulo Betancourt Apt 2748, Santo Domingo, República Dominicana.

Quiero aprovechar esta oportunidad para explicarle lo siguiente:
En el 17 de julio del año 1997 mi papá fue asesinado por el gobierno de Haiti. Pasado el tiempo, siendo cristiana fui a la Iglesia Bautista de la Misión y el Rev. Jose Napoleon quien fue encargado de la misión me presentó al señor Jean Lindor. A este último, conté la historia de la muerte de mi padre, y de los pocos recursos con que contaba, él se comprometió a cubrir los costos de vivienda, alimentación y los estudios hasta llegar al período universitario.

Debo contarle juez Hurley que, gracia a la ayuda del Señor Lindor llego lejos en mis estudios universitarios, quisiera que usted entender que antes de empezar mi nuevo semestre, en fecha del 24 de enero de este año en curso, el señor Lindor me informó que debido a unas obligaciones legales que enfrenta no tendrá las posibilidades para extenderme la ayuda más allá del 16 de marzo del 2007.
Honorable juez Hurley, mi graduación universitaria será en dos años y con un trabajo garantizado, por tanto, sin la ayuda del señor Lindor no podré concluir con mis estudios porque no cuento con los recursos para cubrir los gastos Universitarios, y como usted puede entender, me quedaré sin la posibilidad de alcanzar este sueño de ser profesional para asegurarme un futuro mejor.

Distinguido juez, este relato que le hago es para implorar de usted y conseguir que por el amor de Dios y por el riesgo que corre mi futuro, que en el caso del señor Jean Lindor, usted tenga consideración, para que la ayuda recibida de él siga siendo un hecho.

Atentamente,

*Boniface Natacha*

**PONTIFICIA UNIVERSIDAD CATOLICA MADRE Y MAESTRA**
Recinto Santo Tomás de Aquino
Santo Domingo, República Dominicana

**DIRECCIÓN DEL REGISTRO**

Yo, Lic. Carmen Bejarán de Reyes, Directora del Departamento de Registro de la Pontificia Universidad Católica Madre y Maestra, Recinto Santo Tomás de Aquino.

**CERTIFICO**

Que la estudiante **NATACHA BONIFACE**, matrícula **2005-5642**, está inscrita en el período académico enero-mayo de 2007, (2-2006-2007); en la carrera de **INGENIERÍA TELEMÁTICA** que ofrece la facultad de **CIENCIAS DE LAS INGENIERÍAS** de esta Universidad.

La presente certificación se expide a solicitud de la parte interesada, en la ciudad de Santo Domingo, República Dominicana, a los veintiséis (26) días del mes de enero del año dos mil siete (2007).

Lic. Carmen Bejarán de Reyes
DEPARTAMENTO DE REGISTRO
RECINTO SANTO TOMAS DE AQUINO

CBR/ac.

THOMAS GREG & SONS

```
17/01/2007    PONTIFICIA UNIVERSIDAD CATOLICA MADRE Y MAESTRA -RSTA-    12:47:09
                        INFORME PROVISIONAL DE ASIGNATURAS
                     MODIFICACION A LA INSCRIPCION SEM.: 2006-2

 03 2005-5642    BONIFACE, NATACHA                          CARR -> ITT

 CLAVE           DESCRIPCION                 CR  HORARIO          SALON
 -----           -----------                 --  -------          -----
 FIS-211-T-003   FISICA GENERAL I            4   8/10MAJ          A2-203
 IEM-212-L-071   LABORATORIO IEM-212         1   8/11S            LAB
 IEM-212-T-001   CIRCUITOS II                4   20/22J,17/19V    A2-304J,A1-10
 ITE-212-L-071   LABORATORIO ITE-212         1   19/22MA          LAB
 ITE-212-T-001   ELECTRONICA I               3   19/22L           B1-206
 FIS-211-L-074   LABORATORIO FIS-211         1   14/16S           LAB
 MAT-212-T-002   CALCULO II                  5   17/19MA,17/20J   B1-309

              7 ASIGNATURAS     ** 19 CREDITOS **

NOTA: DESPUES DEL PERIODO DE INSCRIPCIONES PRESENCIALES EL INFORME DEFINI-
TIVO ESTARA DISPONIBLE EN INTERNET, USTED ES RESPONSABLE DE DETECTAR ERRORES


      ESTADO DE CUENTA AL 17/01/2007 POR CONCEPTO INSCRIPCION SEM. 2-2006

              *-------------- CARGOS EN RD$ -------------*
              COSTO DE INSCRIPCION              7,000.00
              ASIGNATURA                       15,010.00
              LABORATORIO                       2,100.00
              SERVICIOS ESTUDIANTIL               700.00
              RECARGO PRIMER PAGO               1,000.00
              ATRASO SEM. ANTERIOR              9,680.00

 TOT. CARGOS RD$ 35,490.00
 ABONOS SEM. RD$  9,680.00
 BALANCE EN RD$  25,810.00 SALDO DEUDOR

EL MONTO MINIMO A CUBRIR EN EL PRIMER PAGO ASCIENDE A RD$     19,806.00
PARA FORMALIZAR SU INSCRIPCION DEBE PASAR A PAGAR POR EL DEPARTAMENTO DE
CONTABILIDAD.

El 2do. pago debe realizarlo a mas tardar en las siguientes fechas:
       PERIODO ENERO-MAYO:  Hasta el 23 de Marzo
       PERIODO MAYO-JULIO: Hasta el 23 de Junio
       PERIODO AGOSTO-DIC: Hasta el 23 de Octubre
```

