UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6168-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEAN LINDOR,

    Defendant.

_____/

**SECOND SUPPLEMENTAL NOTICE OF FILING OF LETTERS OF SUPPORT FOR JEAN LINDOR**

Jean Lindor, through counsel, hereby files this Second Supplemental Notice of Filing of Letters of Support for Jean Lindor.  The notice includes a letter from Mr. Lindor and a friend who is a Correctional Officer for Miami-Dade County Corrections and Rehabilitation Department.

    Respectfully submitted,

    /s/ Marc David Seitles
    _____
    Marc David Seitles
    Fla. Bar No. 0178284

    The Law Offices of Marc David Seitles, P.A.
    Alfred I. duPont Building
    169 East Flagler Street, Suite 1200
    Miami, FL 33131
    Tel: (305) 379-6667
    Fax: (305) 379-6668
    Email: mseitles@seitleslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by fax this 13th day of March, 2007 to: Jeffrey, Assistant United States Attorney, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33301 and Sheila Tierney, United States Probation Officer, 501 S. Flagler Drive, Suite 400, West Palm Beach, FL 33401.

/s/ Marc David Seitles
_____
Marc David Seitles, Esq