March 6th, 2007

Honorable Judge Daniel T. K. Hurley
United States Courthouse
701 Clementis Street
West Palm Beach, Fl 33401

Honorable Judge,

I have known Jean Lindor since the summer of 1992 as a Correction Officer for Miami Dade County Corrections and Rehabilitation Department. I held the position of Pretrial Officer for the same institution. My duties include interviewing inmates, their family, and alleged victims to determine their eligibility for non-financial custody release. My office is located in the same floor where he was assigned. Our camaraderie began as a good working relationship in the first couple of weeks and involve into a strong and durable friendship based on mutual respect and admiration. He has always stricken me for superior professionalism in dealing with the inmates, the manner in which he relates and works with his colleagues of both sexes and also how he answers inquiries from parents, family members of inmates and from the general public.

Jean Lindor is an affable man who is always ready and willing to assist others, especially the less fortunate. He was known to be a family man and a very caring father who always stress education as a way to improve life and an escape route from misery. He often mentions the tragic moments at the sudden death of both of his parents. This experience marked him profoundly and it is a constant reminder to provide for his family and establish a financial cushion for rainy days. Very often, he would work overtime or hold part-time or seasonal jobs in order to provide a comfortable environment for his wife and children.

Jean Lindor is the son of a Baptist Minister who has instilled in him the fear of God and the passion of hard work. Honesty also was instilled in him by his parents, which he fully embraced later in his adolescence and adult life. He firmly believes that truthfulness and honesty are superior traits of character. For the 15 years, I known him, he has proven to be dependable, law-abiding and responsible.

I pray this Honorable Court would be lenient on Jean Lindor for he is a fine individual who has made a grave mistake. He has never been involved in any criminal conduct. His children will be grateful, his wife will be grateful, his family and his friends will be grateful. We understand he acknowledges he made a major mistake. He broke the law. If the Honorable Court can be compassionate, this will not be in vain for he is a rehabilitated man who will not return nor will associate himself with certain individuals. This Honorable Court will not regret its compassion. Jean Lindor will be its pride example.

Respectfully submitted,


Gary Jean-Enard
7220 Plantation Blvd
Miramar, Fl 33023
954-981-4867 Home
786-290-4760 Cell

March 6th, 2007

Honorable Judge Daniel T. K. Hurley
United States Courthouse
701 Clementis Street
West Palm Beach, Fl 33401

Honorable Judge,

Birth and death can be disputed in so far which one is more significant in someone's life. Birth is the coming to life. Parents rejoice. Family members and friends share they joy. Who knows how happy is the newborn who is liberated from the womb and begin to face the challenges of life. Death ends the inevitable journey, short or long. For us Christians, we know that death occur to transpose us to heaven for eternity in order to receive our pay, our rewards from our Fathers. At the same time, this departure causes despair and sorrow.

In between birth and death, a number of things can happen. Unfortunately, on or about December 1997, my life took a wrong turn. It is profusely documented through these proceedings. Before I proceed, let me state that I take full responsibility for my actions.

My parents sent me to the United States in order to obtain a better education and future. Already living here and at the age of 19, both of my parents died in an automobile accident in 1981. To say it was a huge loss is an understatement. My life went upside down. I was living with a relative. Suddenly, I lost both of my parents and there were nobody to provide for us. I drifted away for a long time and resisted all temptations and invitations to participate or to involve myself in anything that could be construed as reproachable. It was necessary for me to obtain employment in order to become self-sufficient. I had to work during the day and attended school at night. These were very tough times.

To this Honorable Court, I am sorry to be in front of you today. My parents did not raise me to be involved in any criminal conduct. I am sorry I did. I should not have. I failed you after all of the sacrifices did to raise me to be a dependable and productive member of society and the values they tried to instill in me.

I apologized to my beautiful wife of 24 years. I love you with all my heart. I loved you with all my heart yesterday. I love you more today and I will love even more tomorrow. In good time, you have stood up with me. In bad time, you were always there to encourage me to do better. I am sorry for that wrong turn. That was the only time I did not consult with you. I paid dearly for it; I am paying for that costly double mistake. However, on that beautiful day of April 27, 1983, I had promised you happiness. Today is far from happiness. I know you carry the brunt of this disgrace. I failed you. Please forgive me. What would I not give to turn the clock back? Unfortunately, we do not have this option. May this sad chapter of my life be a constant reminder for my kids not to fall in any trap that may appear harmless at beginning! I apologized to my children whom I love so much. Please forgive me. Do not follow these footsteps. I want to apologize also to my sisters, brothers and other family members and to my friends as well. I failed you too.

I beg this Honorable Court for leniency. I am a law-abiding citizen despite this regretful incident. Earlier in life, I have recognized that I must return some of the blessings I have received. It was with that in mind and because I am a people-oriented person that I decided to join Miami Dade County Corrections and Rehabilitation Department as a Correction Officer. I thought then and I still believe it was an appropriate avenue to make a difference in alleviating the sufferings of those inmates, their parents, family members and the general public. As I stand today before you, allow me to say it. I was able to make a difference in the life of these inmates and in the life of my co-workers.

I am pleading for leniency. I admit to the misdeed that should never have happened. It is one mistake, one mistake too many. I regret it sincerely and I am begging you consider my remorse.

Respectfully submitted,


Jean Lindor
1533 SW Crater Ave
Port Saint Lucie, Fl 33401
772-873-0596

March 6th, 2007

Honorable Judge Daniel T. K. Hurley
United States Courthouse
701 Clementis Street
West Palm Beach, Fl 33401

Honorable Judge,

I have known Jean Lindor since the summer of 1992 as a Correction Officer for Miami Dade County Corrections and Rehabilitation Department. I held the position of Pretrial Officer for the same institution. My duties include interviewing inmates, their family, and alleged victims to determine their eligibility for non-financial custody release. My office is located in the same floor where he was assigned. Our camaraderie began as a good working relationship in the first couple of weeks and involve into a strong and durable friendship based on mutual respect and admiration. He has always stricken me for superior professionalism in dealing with the inmates, the manner in which he relates and works with his colleagues of both sexes and also how he answers inquiries from parents, family members of inmates and from the general public.

Jean Lindor is an affable man who is always ready and willing to assist others, especially the less fortunate. He was known to be a family man and a very caring father who always stress education as a way to improve life and an escape route from misery. He often mentions the tragic moments at the sudden death of both of his parents. This experience marked him profoundly and it is a constant reminder to provide for his family and establish a financial cushion for rainy days. Very often, he would work overtime or hold part-time or seasonal jobs in order to provide a comfortable environment for his wife and children.

Jean Lindor is the son of a Baptist Minister who has instilled in him the fear of God and the passion of hard work. Honesty also was instilled in him by his parents, which he fully embraced later in his adolescence and adult life. He firmly believes that truthfulness and honesty are superior traits of character. For the 15 years, I known him, he has proven to be dependable, law-abiding and responsible.

I pray this Honorable Court would be lenient on Jean Lindor for he is a fine individual who has made a grave mistake. He has never been involved in any criminal conduct. His children will be grateful, his wife will be grateful, his family and his friends will be grateful. We understand he acknowledges he made a major mistake. He broke the law. If the Honorable Court can be compassionate, this will not be in vain for he is a rehabilitated man who will not return nor will associate himself with certain individuals. This Honorable Court will not regret its compassion. Jean Lindor will be its pride example.

Respectfully submitted,


Gary Jean-Enard
7220 Plantation Blvd
Miramar, Fl 33023
954-981-4867 Home
786-290-4760 Cell