| Acct # | Date | Payor | Payee | D/C | $Amount | Memo | Endorser |
|---|---|---|---|---|---|---|---|
| 3660274631 | 20-Jun-97 | Jean Lindor | ARC | c | $3,872.00 | gift to Devalon (cashiers check) | |
| 3660274631 | 24-Jun-97 | ARC | Jean Lindor | d | $400.00 | Devalon referal | |
| 3660274631 | 27-Jun-97 | Jean Lindor | ARC | c | $4,036.00 | gift to Dimanche (cashiers check) | |
| 3660274631 | 8-Jul-97 | ARC | Jean Lindor | d | $400.00 | weekly salary | |
| 3660274631 | 15-Jul-97 | ARC | Jean Lindor | d | $800.00 | weekly salary for 2 weeks | |
| 3660274631 | 25-Jul-97 | ARC | Jean Lindor | d | $400.00 | weekly salary | |
| 3660274631 | 7-Aug-97 | ARC | Jean Lindor | d | $400.00 | weekly salary | |
| 3660274631 | 12-Aug-97 | ARC | Jean Lindor | d | $400.00 | referal fee | |
| 3660274631 | 29-Aug-97 | ARC | Jean Lindor | d | $400.00 | weekly salary | |
| 3660274631 | 8-Sep-97 | ARC | Jean Lindor | d | $400.00 | referal fee | |
| 3660274631 | 22-Sep-97 | ARC | Jean Lindor | d | $400.00 | referal fee | |
| 3660274631 | 2-Oct-97 | ARC | Jean Lindor | d | $750.00 | loan to employee | |
| 3660274631 | 8-Oct-97 | ARC | Jean Lindor | d | $400.00 | | |
| 3660274631 | 16-Oct-97 | ARC | Jean Lindor | d | $400.00 | referal fee | |
| 3660274631 | 28-Oct-97 | ARC | Jean Lindor | d | $400.00 | fee-referal | |
| 3660274631 | 21-Nov-97 | ARC | Jean Lindor | d | $800.00 | | |
| 3660274631 | 5-Dec-97 | ARC | Jean Lindor | d | $315.00 | | |
| 3660274631 | 12-Dec-97 | ARC | Jean Lindor | d | $485.00 | refund | |
| 3660274631 | 17-Dec-97 | ARC | Jean Lindor | d | $1,000.00 | Customer refund | |
| 3660274631 | 21-Dec-97 | ARC | Jean Lindor | d | $800.00 | Customer refund | |
| 3660274631 | 31-Dec-97 | ARC | Jean Lindor | d | $400.00 | | |
| 3660274631 | 1-Jan-98 | ARC | Jean Lindor | d | $2,330.00 | 800+800+400+330=2330 | |
| 3660274631 | 13-Jan-98 | ARC | Jean Lindor | d | $400.00 | | |
| 3660274631 | 13-Jan-98 | ARC | Jean Lindor | d | $700.00 | | |
| 3660274631 | 13-Jan-98 | ARC | Jean Lindor | d | $400.00 | | |
| 3660274631 | 15-Jan-98 | ARC | Jean Lindor | d | $5,650.00 | refund | |
| 3660274631 | 15-Jan-98 | ARC | Jean Lindor | d | $530.00 | 5658 souchak drive (repair) | |
| 3660274631 | 19-Jan-98 | ARC | Jean Lindor | d | $800.00 | | |
| 3660274631 | 20-Jan-98 | ARC | Jean Lindor | d | $400.00 | weekly salary | |
| 3515164480 | 14-Aug-98 | Silverman | Jean Lindor | d | $261.00 | | |

| Acct # | Date | Payor | Payee | D/C | $Amount | Memo | Endorser |
|---|---|---|---|---|---|---|---|
| 3660274631 | 20-Jun-97 | Jean Lindor | ARC | c | $3,872.00 | gift to Devalon (cashiers check) | |
| 3660274631 | 24-Jun-97 | ARC | Jean Lindor | d | $400.00 | Devalon referal | |
| 3660274631 | 27-Jun-97 | Jean Lindor | ARC | c | $4,036.00 | gift to Dimanche (cashiers check) | |
| 3660274631 | 8-Jul-97 | ARC | Jean Lindor | d | $400.00 | weekly salary | |
| 3660274631 | 15-Jul-97 | ARC | Jean Lindor | d | $800.00 | weekly salary for 2 weeks | |
| 3660274631 | 25-Jul-97 | ARC | Jean Lindor | d | $400.00 | weekly salary | |
| 3660274631 | 7-Aug-97 | ARC | Jean Lindor | d | $400.00 | weekly salary | |
| 3660274631 | 12-Aug-97 | ARC | Jean Lindor | d | $400.00 | referal fee | |
| 3660274631 | 29-Aug-97 | ARC | Jean Lindor | d | $400.00 | weekly salary | |
| 3660274631 | 8-Sep-97 | ARC | Jean Lindor | d | $400.00 | referal fee | |
| 3660274631 | 22-Sep-97 | ARC | Jean Lindor | d | $400.00 | referal fee | |
| 3660274631 | 2-Oct-97 | ARC | Jean Lindor | d | $750.00 | loan to employee | |
| 3660274631 | 8-Oct-97 | ARC | Jean Lindor | d | $400.00 | | |
| 3660274631 | 16-Oct-97 | ARC | Jean Lindor | d | $400.00 | referal fee | |
| 3660274631 | 28-Oct-97 | ARC | Jean Lindor | d | $400.00 | fee-referal | |
| 3660274631 | 21-Nov-97 | ARC | Jean Lindor | d | $800.00 | | |
| 3660274631 | 5-Dec-97 | ARC | Jean Lindor | d | $315.00 | | |
| 3660274631 | 12-Dec-97 | ARC | Jean Lindor | d | $485.00 | refund | |
| 3660274631 | 17-Dec-97 | ARC | Jean Lindor | d | $1,000.00 | Customer refund | |
| 3660274631 | 17-Dec-97 | ARC | Jean Lindor | d | $800.00 | Customer refund | |
| 3660274631 | 21-Dec-97 | ARC | Jean Lindor | d | $400.00 | | |
| 3660274631 | 31-Dec-97 | ARC | Jean Lindor | d | $2,330.00 | 800+800+400+330=2330 | |
| 3660274631 | 1-Jan-98 | ARC | Jean Lindor | d | $400.00 | | |
| 3660274631 | 13-Jan-98 | ARC | Jean Lindor | d | $700.00 | | |
| 3660274631 | 13-Jan-98 | ARC | Jean Lindor | d | $400.00 | | |
| 3660274631 | 13-Jan-98 | ARC | Jean Lindor | d | $5,650.00 | refund | |
| 3660274631 | 15-Jan-98 | ARC | Jean Lindor | d | $530.00 | 5658 souchak drive (repair) | |
| 3660274631 | 19-Jan-98 | ARC | Jean Lindor | d | $800.00 | | |
| 3660274631 | 20-Jan-98 | ARC | Jean Lindor | d | $400.00 | weekly salary | |
| 3515164480 | 14-Aug-98 | Silverman | Jean Lindor | d | $261.00 | | |