# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

===================================

Case No. **00-6168-CR.**  Date: **March 16, 2007**
(Start Time: **8:30 a.m.**)  (End Time: **11:00 a.m.**)

Courtroom Deputy: James E. Caldwell   Court reporter: Pauline Stipes

Language Spoken: **English**   Defendant's Status: (~~Pretrial~~ Detained / Bond)

UNITED STATES OF AMERICA v. **Jean Linedor**

AUSA: **Jeffrey Kaplan**   DEFENSE COUNSEL: **Marc D. Seitles**

TYPE OF HEARING: **Sentencing hearing.**

RESULTS OF HEARING: **The defendant was sentenced to probation for 3 years; $10,000.00 fine; Restitution of $180,929.26 and $100.00 special Assessment.**

Misc.: